**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **KENNETH HENRY,** | ) | **CASE NO. 5:16CV1189** |
| | ) | |
| Petitioner, | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | ) | |
| | ) | |
| **MICHELLE MILLER, Warden,** | ) | <u>O R D E R</u> |
| | ) | |
| Respondent. | ) | |

This Court has reviewed the Interim Report and Recommendation (Doc.# 13) of Magistrate Judge George J. Limbert regarding the Motion of Petitioner to Stay the Proceedings (Doc.#10).  The Magistrate Judge recommended that Petitioner's Motion to Stay be denied.

On February 3, 2017, Petitioner filed a letter regarding his Motion to Stay. (Doc#14).  In the letter Petitioner states that he does not want a stay on his case.

Therefore, the Court adopts in full the Interim Report and Recommendation (Doc.# 13) and denies the Motion to Stay.

IT IS SO ORDERED.

Dated: 2/10/2017

*S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE
